[No. 71518-6-I.  Division One.  December 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEO
KAYSER, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 10-1-00228-9, Deborra Garrett, J., entered
January 29, 2014. *Reversed* by unpublished opinion per
Becker, J., concurred in by Cox and Leach, JJ.

[No. 72468-1-I.  Division One.  December 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
MICHAEL ERVIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 14-1-00238-2, Monica J. Benton, J., entered
August 15, 2014. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 72568-8-I.  Division One.  December 21, 2015.]

DAVID H. ERBECK ET AL., *Respondents*, v. SUSAN S. SPRINGER
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 13-2-07974-5, Thomas J. Wynne, J.,
entered September 9, 2014. *Affirmed* by unpublished opin-
ion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 72644-7-I.  Division One.  December 21, 2015.]

EAGLEVIEW TECHNOLOGIES, INC., *Respondent*, v. YURI PIKOVER
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 13-2-05103-4, Millie M. Judge, J., en-
tered October 10, 2014. *Affirmed* by unpublished opinion
per Spearman, C.J., concurred in by Leach and Trickey, JJ.
Now published at 192 Wn. App. 299.